[No. 38496-1-I.    Division One.    October 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN D. BABCOCK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00352-6, JoAnne Alumbaugh, J., entered January 31, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 38732-4-I.    Division One.    October 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES WARREN CROW, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00356-0, Gerald L. Knight, J., entered May 10, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38966-1-I.    Division One.    October 27, 1997.]

BERSCHAUER/PHILLIPS CONSTRUCTION Co., *Appellant*, v. SEATTLE SCHOOL DISTRICT NO. 1, ET AL., *Defendants*, HARRY LEE CUMMINGS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-00490-1, Robert S. Lasnik, J., entered June 11, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Agid, J., concurred in by Cox and Ellington, JJ.

[No. 39166-6-I.    Division One.    October 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICA L. PURCELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-03207-9, Patricia Clark, J. Pro Tem., entered July 15, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, A.C.J., and Agid, J.